# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | Plaintiff, ) | |
| vs. | ) | No. 03-0329-03-CR-W-FJG |
| Megashia C. Jackson, | ) | |
| | Defendant. ) | |

# ORDER

Defendant's motion for appointment of new counsel (Doc. #180) and motion for reconsideration (Doc. #181), filed September 18, 2006, are denied. There is no basis in the record to support the relief defendant seeks. Additionally, the Court adopts, and incorporates herein by reference, the arguments cited by the government (Doc. #182), filed September 19, 2006.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated:  November 1, 2006
Kansas City, Missouri